IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CESAR A. ROJAS,

    Plaintiff,

v.                                    Civil Action No. 5:06CV88
                                                    (STAMP)

AL HAYNES, Warden,

    Respondent.

### ORDER GRANTING MOTION FOR AN EXTENSION OF TIME

On July 23, 2007, the respondent filed a motion for an extension of time within which to file objections to the opinion/report and recommendation dated July 12, 2007. For good cause shown, the motion for an extension of time is hereby GRANTED. Accordingly, the respondent shall file any objections to the opinion/report and recommendation on or before **August 6, 2007**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    July 25, 2007

                                            /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE